UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>GOTBIT CONSULTING LLC, a/k/a GOTBIT HEDGE FUND, and FEDOR KEDROV,<br><br>  Defendants. | Civil Action No. 24-cv-12589 |

**CERTIFICATION OF RELATEDNESS**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully states that pursuant to Local Rule 40.1(g)(2)(A), the above-captioned matter should be designated by the Clerk as related to a previously filed criminal case, *United States v. Gotbit Consulting LLC, Fedor Kedrov, and Qawi Jalili*, Crim. No. 24-10190 (AK). In the criminal matter, the defendants were charged with conspiracy to commit market manipulation and wire fraud (18 U.S.C. § 371) and two counts of wire fraud (18 U.S.C. § 1343).

In the above-captioned matter, the Commission seeks injunctive relief, equitable relief, and civil monetary penalties for conduct that relates to the previously filed criminal case, including an alleged scheme involving the manipulation of the market for "Robo Inu," "Saitama Inu," and "SaitaRealty," all of which were crypto assets that were offered and sold as securities.

Dated: October 9, 2024

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,

By its attorneys,

*/s/ David J. D'Addio*
David J. D'Addio (Mass. Bar No. 665790)
Amy Harman Burkart (Mass. Bar No. 651828)
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900 / daddiod@sec.gov

**Certificate of Service**

I, David J. D'Addio, certify that on October 9, 2024, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ David J. D'Addio*
David J. D'Addio