**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>GOTBIT CONSULTING LLC, a/k/a GOTBIT HEDGE FUND, and FEDOR KEDROV,<br><br>          Defendants. | Civil Action No. 24-cv-12589 (AK) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission (the "Commission") hereby gives notice that the Complaint in the above-captioned action, Dkt. No. 1, is voluntarily dismissed, with prejudice, as to Defendant Fedor Kedrov. Under Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Kedrov has not been served with the Complaint in this action or filed an answer or motion for summary judgment.

Dated: March 31, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Amy Harman Burkart*
Amy Harman Burkart (Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA 02110

## **CERTIFICATE OF SERVICE**

I, Amy Harman Burkart, certify that on March 31, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

/s/ *Amy Harman Burkart*
Amy Harman Burkart