**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br>   v.<br><br>GOTBIT CONSULTING LLC, a/k/a GOTBIT HEDGE FUND, and FEDOR KEDROV,<br>                   Defendants. | Civil Action No. 24-cv-12589 (AK) |

<u>STATUS REPORT</u>

Plaintiff Securities and Exchange Commission (the "Commission") submits this status report pursuant to the Court's Order on February 27, 2026. *See* Dkt. Nos. 9,11.  The Commission today filed a Notice of Voluntary Dismissal of Defendant Fedor Kedrov pursuant to F.R.C.P. 41(a)(1)(A)(i).  *See* Dkt. No. 12.  Gotbit was validly served through its registered agent on December 23, 2024, but has not answered or appeared in the matter.  The parties had previously been engaged in discussions regarding potential resolution of the matter, and counsel for the Commission has now contacted counsel to revisit those discussions.  The Commission respectfully requests that the Court grant the parties approximately 60 days, until on or before May 29, 2026, to attempt to resolve the matter and update the Court regarding status and next steps.  The Commission anticipates that if the parties are unable to reach an agreement regarding resolution, it will be seeking a default judgment.

Dated:  March 31, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE
COMMISSION

By its Attorney,


*/s/ Amy Harman Burkart*
Amy Harman Burkart
(Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

**<u>CERTIFICATE OF SERVICE</u>**

I, Amy Harman Burkart, certify that on March 31, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Amy Harman Burkart*
Amy Harman Burkart
