**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>   v.<br><br>GOTBIT CONSULTING LLC, a/k/a GOTBIT HEDGE FUND, and FEDOR KEDROV,<br>               Defendants. | Civil Action No. 24-cv-12589 (AK) |

STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") submits this status report as an update to the Status Report filed on March 31, 2026. *See* Dkt. No. 13.  The parties have reengaged in productive discussions regarding potential resolution of the matter.  The Commission respectfully requests that the Court grant the parties an additional 60 days, until on or before July 28, 2026, to attempt to resolve the matter and update the Court.

Dated:  May 29, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorney,

*/s/ Amy Harman Burkart*
Amy Harman Burkart
(Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

## <u>CERTIFICATE OF SERVICE</u>

I, Amy Harman Burkart, certify that on May 29, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

<u>/s/ *Amy Harman Burkart*</u>
Amy Harman Burkart