**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GOTBIT CONSULTING LLC, a/k/a GOTBIT HEDGE FUND, and FEDOR KEDROV,<br><br>Defendants. | Civil Action No. 24-CV-12589 (AK) |

**CORRECTED ASSENTED-TO MOTION FOR ENTRY OF FINAL JUDGMENT**
**AS TO DEFENDANT GOTBIT CONSULTING LLC**

Plaintiff Securities and Exchange Commission (the "Commission"), with the assent of Defendant Gotbit Consulting LLC, a/k/a Gotbit Hedge Fund ("Gotbit") through its counsel, respectfully moves this Court to enter the proposed Final Judgment as to Gotbit. The Commission and Gotbit have agreed to all terms in the proposed Final Judgment. In support of this motion, the Commission has attached a consent executed by Gotbit, memorializing its agreement to the terms of the Final Judgment, which has been corrected to address a scrivener's error as discussed with the Court during a hearing on October 7, 2026. *See* Doc No. 26. The terms of the proposed Final Judgment are fair, reasonable, and in the public interest.

Accordingly, the commission respectfully requests that the Court enter the proposed Final Judgment.

Dated: October 8, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorney,

*/s/ Ivan Panchenko*
Ivan Panchenko (Mass. Bar No. 693552)
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8992 (Panchenko direct)
Fax: (617) 573-4590 (fax)
panchenkoiv@sec.gov (Panchenko email)

**Certificate of Service**

I, Ivan Panchenko, certify that on October 8, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Ivan Panchenko*
Ivan Panchenko