**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Gotbit Consulting LLC,<br><br>Defendant. | Civil Action No. 24-CV-12589-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 29] entered on 10/8/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 10/8/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk